# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| IN RE:<br><br>GARY R LIEVING<br>              Debtor(s) | ) CHAPTER 13<br>) CASE NO: 06-51231<br>)<br>) MARILYN SHEA-STONUM<br>) BANKRUPTCY JUDGE<br>)<br>) TRUSTEE'S REQUEST FOR<br>) THE COURT TO ISSUE A<br>) DISCHARGE IN CHAPTER 13<br>) CASE<br>) |

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

Now comes Keith L. Rucinski, Chapter 13 Trustee, and represents to the Court that the Debtor(s) in the above Chapter 13 case has/have submitted funds to complete payment to creditors under the Chapter 13 plan confirmed in this case on 11/13/2006. Accordingly, the Trustee hereby requests that if no objection is timely filed, the Clerk of Court be authorized and directed to enter a discharge of Debtor(s) in this case.

**In accordance with 11 USC Section 102, unless a party in interest objects to the Trustee's Request for the Court to Issue a Discharge in this Chapter 13 case and files a written request for hearing before the Court within 30 days from the date in the below certificate of service, the Trustee's request shall be granted and the Court will issue an order of discharge. Objections must be served on all parties in the below certificate of service. Objections must be filed with the United States Bankruptcy Court at:**

**United States Bankruptcy Court**
**2 South Main Street**
**455 John F. Seiberling Federal Building**
**Akron, OH 44308**

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: **krucinski@ch13akron.com**

CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

**GARY R LIEVING
2333 11TH ST SW
AKRON, OH 44314
(Via Regular Mail)**

**CHAPTER 13 TRUSTEE** (via ECF)

Keith L. Rucinski, Chapter 13 Trustee (via ECF)

Office of the US Trustee (via ECF)

All creditors per attached list (via Regular Mail)

Date of Service: **3/15/2010**   By: **Jennifer Neunz**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

| | | |
|---|---|---|
| LIEVING, GARY R<br>2333 11TH ST SW<br>AKRON, OH 44314 | CHAPTER 13 TRUSTEE<br>C\O GLENN SCHILLER ESCROW ACCOUNT<br>1 CASCADE PLAZA, SUITE 2020<br>AKRON, OH 44308 | AGMC C/O JOSEPH R HARRISON COMP LPA<br>ATTN: PFS<br>PO BOX 931729<br>CLEVELAND, OH 44193 |
| DOMINION EAST OHIO GAS<br>PO BOX 25339<br>RICHMOND, VA 23260 | OHIO EDISON COMPANY<br>BANKRUPTCY DEPT<br>6896 MILLER RD-ROOM 204<br>BRECKSVILLE, OH 44141 | US BANK NA<br>4801 FREDERICA ST<br>OWENSBORO, KY 42301 |